UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:18-cv-03460-JLS-E                                             Date:  January 13, 2021
Title:  Paul Feller et al v. Robert Petty et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL**

      The Final Pretrial Conference in this matter is currently scheduled for January 15, 2021 at 10:30 a.m.  However, the parties have not filed a Proposed Final Pretrial Conference Order as required by the Court's Civil Trial Order (Doc. 77).

      Accordingly, the Court **ORDERS** the parties to show cause, in writing, why this case should not be dismissed for failure to comply with the Court's Civil Trial Order no later than **fourteen (14) days** from the issuance of this Order.  A sufficient response will be the filing of the Proposed Final Pretrial Conference Order along with a declaration explaining the parties' failure to file the required documents.  Failure to timely and adequately respond to this Order will result in the immediate dismissal of this action without further notice.  In light of this Order, the Final Pretrial Conference and hearing on the motion *in limine* (Doc. 80) are continued from January 15, 2021 at 10:30 a.m. to **May 7, 2021 at 10:30 a.m.**

      Initials of Deputy Clerk: mku