JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FELLER, <br> CRONUS EQUITY, LLC, <br>    Plaintiffs/Counter Defendants, <br>        v. <br> ROBERT PETTY, <br>    Defendant/Counter Claimant. | NO. CV 18-3460 KS <br><br> JUDGMENT |

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law Following Bench Trial issued on September 18, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant and Counter Claimant Robert Petty in the amount of $20,700,000.

DATED: September 20, 2023

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE