JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FELLER, <br> CRONUS EQUITY, LLC, <br>     Plaintiffs/Counter Defendants, <br> v. <br> ROBERT PETTY, <br>     Defendant/Counter Claimant. | NO. CV 18-3460 KS <br><br> AMENDED JUDGMENT[1] |

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law Following Bench Trial issued on September 18, 2023,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant and Counter Claimant Robert Petty in the amount of $20,700,000.00 and an accounting is ordered consistent with the Court's Findings of Fact and Conclusions of Law.

DATED: September 21, 2023

                                    _Karen L. Stevenson_
                                      KAREN L. STEVENSON
                                CHIEF U.S. MAGISTRATE JUDGE

---

[1] In the Judgement issued on September 20, 2023, the Court inadvertently omitted its finding that Defendant and Counter Claimant Robert Petty prevailed on his counterclaim for an accounting. (*See* Dkt. No. 209, at pp. 37-38.)