1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FELLER and CRONUS EQUITY, LLC a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT PETTY and DOES 1 through 25 inclusive,<br><br>    Defendants. | Case No. 2:18-cv-3460-KS<br><br>Hon. Karen L. Stevenson<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER SETTING BRIEFING SCHEDULE ON POST-TRIAL MOTIONS** |
| AND RELATED COUNTERCLAIMS | |

# [PROPOSED] ORDER

Having considered the parties' Stipulation for Order Setting Briefing Schedule on Post-Trial Motions, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Oppositions papers to Plaintiffs and Counter-Defendants Paul Feller and Cronus Equity, LLC Motion to (1) Alter or Amend Findings of Fact and Conclusions of Law Following Bench Trial; and (2) Alter or Amend Amended Judgment, or, Alternatively, For a New Trial (Dkt. 214) shall be due no less than 21 days before the hearing date for the motions.

2. Reply papers for Plaintiffs and Counter-Defendants Paul Feller and Cronus Equity, LLC Motion to (1) Alter or Amend Findings of Fact and Conclusions of Law Following Bench Trial; and (2) Alter or Amend Amended Judgment, or, Alternatively, For a New Trial (Dkt. 214) shall be due no less than 14 days before the hearing date for the motions.

**IT IS SO ORDERED**.

Dated: October 24, 2023

Karen L. Stevenson
Chief U.S. Magistrate Judge