**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PAUL FELLER,** | ) **NO. CV 18-3460 KS** |
| **CRONUS EQUITY, LLC,** | ) |
|     **Plaintiffs/Counter Defendants,** | ) **SECOND AMENDED JUDGMENT** |
|       **v.** | ) |
| **ROBERT PETTY,** | ) |
|     **Defendant/Counter Claimant.** | ) |
| _____ | ) |

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law Following Bench Trial issued on September 18, 2023, as amended by the Court's Order on Cross-Defendants' Motion to Alter or Amend Findings of Fact and Conclusions of Law Following Bench Trial, or Alternatively, for a New Trial, issued on July 19, 2024:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment in the amount of $6,750,000 is entered on July 19, 2024, in favor of Defendant and Counter Claimant Robert Petty.

DATED: July 19, 2024

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE